UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-152 DSD/JMM

UNITED STATES OF AMERICA,
Plaintiff,
v.
FRANCIS C. IWUAJOKU,
Defendant,
PROVIDENCE PLACE,
Garnishee.

**GARNISHMENT ORDER**

A Writ of Garnishment was duly issued by this Court and personally served on the garnishee on or about February 24, 2004.

Pursuant to the Writ of Garnishment, the garnishee filed an Answer with this Court on or about March 4, 2004. In its Answer, the garnishee states that at the time of the service of the Writ, the garnishee, had, and continues to have, in its possession and under its control, personal property belonging to the defendant in the form of wages.

On or about February 24, 2004, the defendant was personally served with notice of his right to a hearing as to this garnishment action.

After reviewing the answer that filed on or about March 4, 2004, it appears that defendant currently does not earn enough money to garnish his wages.

THEREFORE, IT IS ORDERED, that the Writ of Garnishment served on February 24, 204 is released.

Dated: 3/17/04

Susan Richard Nelson

SUSAN RICHARD NELSON
United States Magistrate Judge