SCANNED
MAR 17 2004
U.S. DISTRICT COURT ST. PAUL

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-152 DSD/SRN

UNITED STATES OF AMERICA,

Plaintiff,

v.

FRANCIS C. IWUAJOKU,

Defendant,

US BANK,

Garnishee.

**GARNISHMENT ORDER**

A Writ of Garnishment was duly issued by this Court and personally served on the garnishee and on the defendant. The garnishee indicates that the defendant has no bank accounts with their bank.

THEREFORE, IT IS ORDERED, that the Writ of Garnishment served on February 24, 2004, is hereby released.

Dated: 3/17/04

Susan Richard Nelson
SUSAN R. NELSON
United States Magistrate Judge